

Representing Management Exclusively in

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, NY        GREENVILLE
ALBUQUERQUE, NM   HARTFORD,
ATLANTA, GA       HONOLULU,
AUSTIN, TX        HOUSTON, T
BALTIMORE, MD     INDIANAPOL
BIRMINGHAM, AL    JACKSONVIL
BOSTON, MA        KANSAS CITY
CHICAGO, IL       LAS VEGAS, N
CINCINNATI, OH    LONG ISLANI
CLEVELAND, OH     LOS ANGELE., …
DALLAS, TX        MADISON, WI       PITTSBURGH, PA    TAMPA, FL
DAYTON, OH        MEMPHIS, TN       PORTLAND, OR      WASHINGTON, DC REGION
DENVER, CO        MIAMI, FL         PORTSMOUTH, NH    WHITE PLAINS, NY
DETROIT, MI       MILWAUKEE, WI     PROVIDENCE, RI
GRAND RAPIDS, MI  MINNEAPOLIS, MN

*through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2019

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

July 29, 2019

**VIA ECF & VIA Torres_NYSDCHAMBERS@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Yaseen Traynor v. Society6, LLC
              **Case No. 19-cv-06218 (AT)**

Dear Judge Torres:

      This firm represents Defendant, Society6, LLC, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from July 31, 2019 through and including September 2, 2019.

      Plaintiff's counsel consents to this request. This request is made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

      This is Defendant's first request for an extension of this deadline. The initial conference in this matter is currently scheduled for September 4, 2019. No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

GRANTED in part, DENIED in part. By **August 26, 2019**, Defendant shall answer, move, or otherwise respond to the complaint.

Respectfully submitted,

JACKSON LEWIS P.C.

SO ORDERED.

Dated: July 30, 2019
      New York, New York

By: /s/ Joseph J. DiPalma
     Joseph J. DiPalma

ANALISA TORRES
United States District Judge